J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 East Wilson Avenue, Suite 200
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Seiko Epson Corporation
and Epson America, Inc.

Ury Fischer, Esq.
*ufischer@lottfischer.com*
Lott & Fischer, PL
355 Alhambra Circle, Ste. 1100
Coral Gables, Florida 33134
Telephone:   (305) 448-7089
Facsimile:    (305) 446-6191

Attorneys for Defendants
Adriana Forelle, an individual and
d/b/a Amazon.com Seller A2 Trading Corp.
and A2 Trading Corp. and
d/b/a Amazon.com Seller A2 Trading Corp.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seiko Epson Corporation and Epson America, Inc., <br><br> Plaintiffs, <br> v. <br> Marcia Tiago, et al., <br><br> Defendants. | Case No. CV15-05961 JFW (Ex) <br><br> ORDER OF PERMANENT INJUNCTION ON CONSENT AS TO DEFENDANTS FORELLE AND A2 TRADING CORP. ONLY |

The Court, having read and considered the Joint Stipulation Re Entry of [Proposed] Order of Permanent Injunction On Consent as to Defendants Forelle and A2 Trading Corp. Only that has been executed on behalf of Plaintiffs Seiko Epson Corporation and Epson America, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants Adriana Forelle, an individual and d/b/a Amazon.com Seller A2 Trading

- 1 -

Corp. ("Forelle") and A2 Trading Corp. and d/b/a Amazon.com Seller A2 Trading Corp. (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby:

ORDERS that this Order of Permanent Injunction On Consent shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1051 et seq., 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants.

2) Plaintiffs are the owners or exclusive U.S. licensees of all rights in and to the trademark registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively, the "Trademarks").

3) Plaintiffs have expended considerable resources in the creation and commercial exploitation of the Trademarks on merchandise and in the enforcement of their intellectual property rights in the Trademarks.

4) Plaintiffs have alleged that Defendants have made unauthorized uses of the Trademarks or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from directly or indirectly;

    (a) Manufacturing, distributing, advertising, selling and/or offering for sale in the United States any products manufactured by Plaintiff which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of the Trademarks, and which have been authorized by Plaintiffs solely for sale in a country other than the United States; and

    (b) Manufacturing, distributing, advertising, selling and/or offering for sale in the United States any promotional materials, labels, packaging or

        containers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of the Trademarks in connection with any products manufactured by Plaintiffs which have been authorized by Plaintiff solely for sale in a country other than the United States.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the operative Complaint against Defendants Forelle and A2 Trading Corp. only, are dismissed with prejudice.

8) This Order of Permanent Injunction on Consent shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Order of Permanent Injunction on Consent against Defendants Forelle and A2 Trading Corp., only.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Order of Permanent Injunction on Consent.

11) The above-captioned action shall be reopened should Defendants default under the terms of this Order of Permanent Injunction on Consent.

///
///
///
///
///
///

12) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this Order of Permanent Injunction on Consent, the enforcement hereof or the punishment of any violations hereof.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

DATED: November 2, 2015

_____
Hon. John F. Walter
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Seiko Epson Corporation and Epson America, Inc.

Lott & Fischer, PL

By: _____
Ury Fischer
Attorneys for Defendants Adriana Forelle, an individual and d/b/a Amazon.com Seller A2 Trading Corp. and A2 Trading Corp. and d/b/a Amazon.com Seller A2 Trading Corp.

# EXHIBIT A

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| EPSON | 1,134,004 | 4/29/1980 | 9 |
| EPSON | 2,144,386 | 3/17/1998 | 2, 9, 16 |