J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 East Wilson Avenue, Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs
Seiko Epson Corporation
and Epson America, Inc.

Miriam Kim (SBN 238230)
*miriam.kim@mto.com*
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Andrew G. Prout (SBN 287325)
*andrew.prout@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants
Bizbuy International, Inc. and Ji Hyun Kim d/b/a Amazon.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Seiko Epson Corporation and Epson America, Inc., <br><br> Plaintiffs, <br> v. <br> Marcia Tiago, et al., <br><br> Defendants. | Case No. CV15-05961 JFW (Ex) <br><br> CONSENT JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANTS BIZBUY INTERNATIONAL, INC. AND JI HYUN KIM D/B/A AMAZON.COM SELLER BIZBUY INTERNATIONAL ONLY |

The Court, having read and considered the Joint Stipulation Re Entry of [Proposed] Consent Judgment and Permanent Injunction as to Defendants Bizbuy

- 1 -


International, Inc. and Ji Hyun Kim d/b/a Amazon.com Seller BizBuy International Only that has been executed on behalf of Plaintiffs Seiko Epson Corporation and Epson America, Inc. (collectively "Plaintiffs"), on the one hand, and Defendants Bizbuy International, Inc. and Ji Hyun Kim d/b/a Amazon.com Seller BizBuy International (collectively "Defendants"), on the other hand, and good cause appearing therefore, hereby rules as follows:

  WHEREAS, Defendants consent to this Court's jurisdiction over them for purposes of entry and enforcement of this Consent Judgment and Permanent Injunction;

  WHEREAS, Plaintiffs have alleged that they are the owners or exclusive U.S. licensees of all rights in and to the trademark registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively, the "Trademarks");

  WHEREAS, Plaintiffs have alleged that they have expended considerable resources in the creation and commercial exploitation of the Trademarks on merchandise and in the enforcement of their intellectual property rights in the Trademarks;

  WHEREAS, Plaintiffs have alleged that Defendants have made unauthorized uses of the Trademarks or substantially similar likenesses or colorable imitations thereof; and

  WHEREAS, Defendants deny all of Plaintiffs' allegations and further deny engaging in any unlawful conduct, but in the interests of avoiding the time and expense of litigation, have reached an agreement with Plaintiffs for resolution of the action, the full terms and conditions of which are set forth in a document titled "Release and Settlement Agreement," dated October 9, 2015 (the "Settlement Agreement"), and incorporated herein by reference in their entirety;

THEREFORE, Defendants consent and stipulate to this Consent Judgment and Permanent Injunction in favor of Plaintiffs as follows:

1) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from directly or indirectly infringing the Trademarks through the manufacture, importation, distribution, advertising, selling and/or offering for sale in the United States of infringing gray market goods which infringe the Trademarks, and, specifically:

   Manufacturing, distributing, advertising, selling and/or offering for sale in the United States any infringing gray market inkjet printers which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of the Trademarks.

2) Each side shall bear its own fees and costs of suit.

3) Except as provided herein, all claims alleged in the Complaint against Defendants Bizbuy International, Inc. and Ji Hyun Kim d/b/a Amazon.com Seller BizBuy International only are dismissed with prejudice.

4) This Consent Judgment and Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

5) The Court finds there is no just reason for delay in entering this Consent Judgment and, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Judgment and Permanent Injunction against Defendants Bizbuy International, Inc. and Ji Hyun Kim d/b/a Amazon.com Seller BizBuy International only.

6) This Consent Judgment and Permanent Injunction does not alter or supersede the obligations of any parties pursuant to the Settlement Agreement.

7) The Court shall retain jurisdiction over the parties and this action to entertain such further proceedings and to enter such further orders as may be necessary

or appropriate to implement, modify, or enforce the provisions of this Consent Judgment and Permanent Injunction.

8) The above-captioned action shall be reopened should Defendants default under the terms of this Consent Judgment and Permanent Injunction.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

DATED: November 4, 2015

_____
Hon. John F. Walter
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Seiko Epson
Corporation and Epson America, Inc.

MUNGER, TOLLES & OLSON LLP

By: _____
    Andrew G. Prout
Attorneys for Defendants
Bizbuy International, Inc. and Ji Hyun Kim
d/b/a Amazon.com Seller BizBuy International

- 4 -

## EXHIBIT A

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| EPSON | 1,134,004 | 4/29/1980 | 9 |
| EPSON | 2,144,386 | 3/17/1998 | 2, 9, 16 |