1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   520 East Wilson Avenue, Suite 200
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiffs
   Seiko Epson Corporation
7  and Epson America, Inc.

8

9  Marcia Tiago
   Alaska, Inc. and d/b/a Amazon.com Seller LSK Media
   10881 NW 122nd Street
10 Medley, Florida 33178
   Telephone: (305) 599-9251
11 Facsimile: (305) 371-5338

12 Defendants, *in pro se*

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15
   Seiko Epson Corporation and Epson    )  Case No. CV15-05961 JFW (Ex)
16 America, Inc.,                       )
                                        )  CONSENT JUDGMENT AND
17                       Plaintiffs,    )  PERMANENT INJUNCTION AS TO
        v.                              )  DEFENDANTS TIAGO AND
18                                      )  ALASKA, INC. ONLY
   Marcia Tiago, et al.,                )
19                                      )
                         Defendants.    )
20                                      )

21      The Court, having read and considered the Joint Stipulation Re Entry of

22 [Proposed] Consent Judgment and Permanent Injunction as to Defendants Tiago and

23 Alaska, Inc. Only that has been executed on behalf of Plaintiffs Seiko Epson

24 Corporation and Epson America, Inc. (collectively "Plaintiffs"), on the one hand, and

25 Defendants Marcia Tiago, an individual and d/b/a Amazon.com Seller LSK Media

26 and Alaska, Inc. and d/b/a Amazon.com Seller LSK Media ("Alaska") (collectively

27 "Defendants"), on the other hand, and good cause appearing therefore, hereby:

28

ORDERS that this Consent Judgment and Permanent Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1051 et seq., 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made against Defendants.

2) Plaintiffs are the owners or exclusive U.S. licensees of all rights in and to the trademark registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively, the "Trademarks").

3) Plaintiffs have expended considerable resources in the creation and commercial exploitation of the Trademarks on merchandise and in the enforcement of their intellectual property rights in the Trademarks.

4) Plaintiffs have alleged that Defendants have made unauthorized uses of the Trademarks or substantially similar likenesses or colorable imitations thereof.

5) Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the injunction are hereby restrained and enjoined from directly or indirectly infringing the Trademarks in any manner, including generally, but not limited to, manufacture, importation, distribution, advertising, selling and/or offering for sale any goods which infringes the Trademarks, and, specifically;

   (a) Manufacturing, distributing, advertising, selling and/or offering for sale any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing and/or substantial similarity to any of the Trademarks;

   (b) Manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the

    likenesses of or bear a confusing and/or substantial similarity to any of the Trademarks;

 (c) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiffs, are sponsored, approved or licensed by Plaintiffs or are in some way affiliated with Plaintiffs;

 (d) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiffs; or

 (e) Otherwise competing unfairly with Plaintiffs in any manner.

6) Each side shall bear its own fees and costs of suit.

7) Except as provided herein, all claims alleged in the operative Complaint against Defendants Tiago and Alaska, Inc. only, are dismissed with prejudice.

8) This Consent Judgment and Permanent Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9) The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Consent Judgment and Permanent Injunction against Defendants Tiago and Alaska, Inc., only.

10) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Consent Judgment and Permanent Injunction.

11) The above-captioned action shall be reopened should Defendants default under the terms of this Consent Judgment and Permanent Injunction.

12) This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this Consent Judgment and Permanent Injunction, the enforcement hereof or the punishment of any violations hereof.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

DATED: November 4, 2015

_____
Hon. John F. Walter
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiffs Seiko Epson
Corporation and Epson America, Inc.

Marcia Tiago, an individual and d/b/a
Amazon.com Seller LSK Media

By: _____
    Marcia Tiago
Defendant, *in pro se*

Alaska, Inc. and d/b/a Amazon.com
Seller LSK Media

By: _____
    Marcia Tiago
Its: President, Owner
Defendant, *in pro se*

- 4 -

## EXHIBIT A

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| EPSON | 1,134,004 | 4/29/1980 | 9 |
| EPSON | 2,144,386 | 3/17/1998 | 2, 9, 16 |