1   J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*

2   Annie S. Wang (SBN 243027)
*annie@coombspc.com*

3   J. Andrew Coombs, A Prof. Corp.
520 East Wilson Ave., Suite 200

4   Glendale, California 91206
Telephone:  (818) 500-3200

5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiffs
Seiko Epson Corporation

7   and Epson America, Inc.

8

9           UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA

11  Seiko Epson Corporation and Epson    ) Case No. CV15-05961 JFW (Ex)
America, Inc.,                )

12                       ) DISCOVERY MATTER
             Plaintiffs,      )

13                    ) ORDER GRANTING PLAINTIFFS'
     v.               ) APPLICATION FOR LEAVE TO

14  Marcia Tiago, an individual and d/b/a  ) TAKE IMMEDIATE DISCOVERY
Amazon.com Seller LSK Media; Alaska, ) PRIOR TO RULE 26(f)

15  Inc. and d/b/a Amazon.com Seller LSK  ) CONFERENCE; TO CONTINUE
Media; Adriana Forelle, an individual and ) THE RULE 26(f) CONFERENCE,

16  d/b/a Amazon.com Seller A2 Trading   ) AND TO ENLARGE TIME TO
Corp.; A2 Trading Corp. and d/b/a    ) SERVE PROCESS

17  Amazon.com Seller A2 Trading Corp.;  )
Amazon.com Seller EY MALL; Youn   )

18  Hwan Nam, an individual and d/b/a    )
Amazon.com Sellers channelofblessing  )

19  and gonggamtop; Ji Hyun Kim, an     )
individual and d/b/a Amazon.com Seller  )

20  BizBuy International; Biz Buy        )
International, Inc. and d/b/a Amazon.com )

21  Seller BizBuy International, and Does 1 – )
10, inclusive,                )

22                       )
            Defendants.    )

23                       )

24       The Court has read and considered all papers filed in connection with the *Ex*

25  *Parte* Application for Leave to Take Immediate Discovery Prior to Rule 26(f)

26  Conference; Request to Continue the Rule 26(f) Conference and Request for

27  Enlargement of Time Within Which to Effect Service of Process Pursuant to Rule

28

- 1 -

6(b) ("the Application") filed by Plaintiffs Seiko Epson Corporation and Epson America, Inc. (collectively "Plaintiffs").

IT IS HEREBY ORDERED that the Application is granted.

IT IS FURTHER ORDERED that Plaintiffs may serve immediate discovery on Amazon.com, Inc. ("Amazon") by serving a Fed. R. Civ. P. 45 subpoena for the production of documents and/or deposition, which seek information sufficient to identify and locate Defendants Amazon.com Seller EY MALL and Youn Hwan Nam, an individual and d/b/a Amazon.com Sellers channelofblessing and gonggamtop (collectively "Defendants"), including names, addresses, telephone numbers, the identity of the Defendants' financial institution(s), and other email address(es) and user IDs for the Defendants.  Should Plaintiffs fail to learn the identity, whereabouts, or legal status of Defendants from the service of this subpoena, Plaintiffs may serve additional subpoenas seeking the same information upon other persons or entities revealed by the limited discovery from Amazon.

If Amazon or any subsequent necessary entity served wishes to file a motion to quash the subpoenas or to serve objections, it must do so before the return date of the subpoenas, which shall be no less than twenty-one (21) days from the date of service of the subpoenas.  Among other things, Amazon or any subsequent necessary entity served may use this time to notify the subscribers in question.

Amazon and any subsequent necessary entity served shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

IT IS FURTHER ORDERED THAT Plaintiffs must serve a copy of this order on Amazon and any subsequent necessary entity when it serves their subpoenas.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Fed. R. Civ. P. 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the law.

1

2          IT IS FURTHER ORDERED THAT the Scheduling Conference set for

3    11/23/2015 is continued to 12/28/2015 at 1:30 p.m.;  joint report shall be filed by

4    12/21/2015.

5          IT IS FURTHER ORDERED THAT Plaintiffs shall have a sixty (60) day

6    enlargement of time within which to serve Defendants with Summons and

7    Complaint, and in no event later than February 2, 2015.

8    Dated:  November 9, 2015

9                                                        _____
                                                         Hon. John F. Walter
10                                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28